FRANCIS M. KENDRICK et al., Respondents, *v.* WALDEMAR HANSEN, Appellant.

*Kendrick* v. *Hansen*, 35 App. Div. 631, affirmed.
(Argued November 15, 1900; decided December 4, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 14, 1898, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

*Wayland F. Ford* for appellant.

*John Conboy* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.